AO91 (Rev. 12/03) Criminal Complaint AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
**vs.**

Thiodore Igorevich GALITSA
AKA Fyodor GALITSA-Igorovich
IAE A073 637 063
Ukraine 1975

**CRIMINAL COMPLAINT**

Case Number: 7:11-po-05037

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 14, 2011** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,
**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**
I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:
**Thiodore Igorevich GALITSA was encountered by Border Patrol Agents near Encino, Texas on August 26, 2011. When questioned as to his citizenship, defendant stated that he was a citizen and national of Ukraine, who had entered the United States illegally on August 14, 2011, by wading across the Rio Grande River near the Roma, Texas Port of Entry**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

/S/ Ramirez, Jerry L. Border Patrol Agent
Signature of Complainant

Ramirez, Jerry L. Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 29, 2011 at McAllen, Texas
Date City/State

Dorina Ramos U.S. Magistrate Judge
Name of Judge Title of Judge

Signature of Judge